CITY NAT. BANK OF WELLINGTON v. GLOBE FIRE INS. CO.

(Court of Civil Appeals of Texas. Amarillo. Feb. 4, 1913. Rehearing Denied May 31, 1913.)

Appeal from Collingsworth County Court; R. H. Cocke, Judge.

Action by the City National Bank of Wellington against the Globe Fire Insurance Company. From a judgment dismissing the insurance company as garnishee, the bank appeals. Reversed and remanded.

R. H. Templeton, of Wellington, for appellant. J. L. Lackey, of Wellington, for appellee.

HALL, J. The issues presented by this appeal are the same as those presented in the case of Wells v. Globe Fire Ins. Co. et al., 157 S. W. 289, and decided April 26, 1913, and for the reasons stated in the opinion filed in that case the judgment in this case is reversed and the cause remanded.